UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>         v.<br><br>ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER,<br><br>                    Defendants. | Case No.: 25-CV-2113<br><br>**DEFENDANT OREN ALEXANDER'S NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)**<br><br>*Oral Argument Requested* |

## AFFIRMATION OF JASON GOLDMAN

Pursuant to 28 U.S.C. § 1746(a), JASON GOLDMAN declares as follows:

1. I am the principal attorney with The Law Offices of Jason Goldman, counsel to Defendant Oren Alexander in this action. I make this affirmation, based upon my personal knowledge, in support of Defendant Oren Alexander's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b).

2. Because the allegations in the Complaint against both Defendant Tal Alexander and Defendant Oren Alexander are identical, the reasons set forth by Tal Alexander for dismissal of the Complaint (*see* ECF Dkt. Nos. 12–14) apply equally to Oren Alexander.[1]

3. Accordingly, rather than repeating those arguments, Oren Alexander incorporates by reference the grounds for dismissal set forth in the Memorandum of Law of Tal Alexander (*id.*) as if fully set forth herein and incorporates by reference any and all additional filings in support of dismissal.

---

[1] This does not apply, however, to Defendant Tal Alexander's independent argument pertaining to Plaintiff's failure to state a claim against Defendant Tal Alexander. *See* ECF Dkt. No. 13, at Sec. II.C.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 3, 2025

*/s/ Jason Goldman*
Jason Goldman, Esq.

Counsel emailed this Motion to the Court and informed the Court that he is unable to file on ECF. The Court hereby deems the Motion filed as of April 3, 2025. Counsel should work with the Help Desk to promptly fix whatever the problem is with his ECF filing privileges.

SO ORDERED.

April 4, 2025